# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br><br>CURTIS T. TROTTER,<br><br>         Defendant. | Case No. 17-CR-227-JPS<br><br>**ORDER** |

  On December 19, 2017, the grand jury returned a seven-count indictment against Defendant. (Docket #11). The government charged Defendant with three armed robberies, in violation of 18 U.S.C. § 2113(a) and (d), brandishing a gun during each, in violation of 18 U.S.C. § 924(c)(1)(A)(ii), and possession a firearm as a convicted felon, in violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2). *Id.* On January 31, 2018, the parties filed a plea agreement indicating that Defendant would plead guilty to Counts One, Three, Five, and Six of the Indictment: the three robbery charges and one of the brandishing charges. (Docket #16 at 2-3).

  The parties appeared before Magistrate Judge Nancy Joseph on February 8, 2018, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #19). Defendant entered a plea of guilty as to Counts One, Three, Five, and Six of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #19 and #20).

Thereafter, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #20). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #20) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 23rd day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge